IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAKSHINDA PARVEZ, | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| TESLA MOTORS, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, Tesla Motors, Inc., hereby removes Case No. C-03-CV-22-000829 from the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

**Statement of the Case**

1. The above-captioned action was filed by Plaintiff Rakshinda Parvez on or about March 3, 2022 in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-22-000829. A copy of the Complaint is attached hereto as **Exhibit A**.

2. The Court filed a Notice of Contemplated Dismissal on August 17, 2022 and Plaintiff Rakshinda Parvez filed a Motion to Defer pursuant to Rule 2-507 on August 30, 2022. Attached hereto as **Exhibit B.**

3. The Court granted Plaintiff's Motion to Defer pursuant to Rule 2-507 on September 22, 2022. Attached hereto as **Exhibit C.**

4. Defendant Tesla Motors, Inc. was served with the Summons, Complaint, and Request for Jury Trial on September 2, 2022. Attached hereto as **Exhibit D**.

5. The Complaint asserts a Count for Negligence and Vicarious Liability.

6. In Plaintiff's Complaint, Plaintiff seeks relief including compensatory and other damages "in an amount in excess of seventy-five thousand dollars." *See* **Exhibit A**, p. 4.

7. Plaintiff has named "ETHAN," an employee of Tesla Motors, Inc. as a Defendant in this action. *See* **Exhibit A**. Plaintiff has failed to serve or in any other way identify "ETHAN." Upon information and belief, the Employee Plaintiff refers to is a citizen of the State of Maryland.

### Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)

8. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000 (exclusive of interest and costs) is at stake.

9. Plaintiff alleges that she is a resident/citizen of the State of New York.

10. Defendant, Tesla Motors, Inc., is not a citizen of Maryland because it is a corporation without any owner or member that is a citizen of Maryland. Tesla Motors, Inc. is a publicly traded Delaware Corporation with its principal place of business in Austin, Texas.

11. Plaintiff in this action request unspecified compensatory damages in excess of $75,000, as well as attorneys' fees and costs. Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

### Conclusion

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a. a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, Tesla Motors, Inc. d/b/a Tesla, Inc. d/b/a Tesla, are being filed with this Notice of Removal.

13. This Notice of Removal is being filed within 30 days of the date that original service

275589181v.1

was made.  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

14. By notice of Removal, Defendant, Tesla Motors, Inc., does not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action.  Defendant intends no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

        Respectfully submitted,

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        */s/ Emily F. Belanger*
        Maryan Alexander (Bar No. 29158)
        Emily F. Belanger (Bar No. 18893)
        250 West Pratt Street, Suite 2200
        Baltimore, MD 21201
        Phone:  (410) 538-1800
        Fax: (410) 962 -8758
        Maryan.Alexander@wilsonelser.com
        Emily.Belanger@wilsonelser.com
        *Attorneys for Defendant, Tesla Motors, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2022, a copy of foregoing, was mailed, postage pre-paid, to the following counsel of record:

Craig I. Meyers
Berman, Sobin, Gross, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877
cmeyers@bsglaw.com
*Attorney for Plaintiff*

        */s/ Emily F. Belanger*
        Emily F. Belanger

275589181v.1