## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| RAKSHINDA PARVEZ<br>301 Hunter Avenue<br>Staten Island, New York 10306<br><br>        Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC. d/b/a<br>TESLA, INC. d/b/a TESLA<br>13101 Tesla Road<br>Austin, Texas 78725<br><br>    Serve on:<br>    The Corporation Trust, Inc.<br>    2405 York Road<br>    Suite 201<br>    Lutherville Timonium, Maryland 21093<br><br>and<br><br>ETHAN<br>9428 Reisterstown Road<br>Owings Mills, Maryland 21117<br><br>        Defendants. | Case No.: C-03-CV-22-000829 |

### COMPLAINT

NOW COMES the Plaintiff Rakshinda Parvez, by and through her attorneys, Craig I. Meyers and Berman, Sobin, Gross, LLP and sues the Defendants, Tesla Motors, Inc. d/b/a Tesla, Inc. b/d/a Tesla, and for a cause of action states:

1. Plaintiff Rakshinda Parvez is an adult resident of New York State.

2. Defendant Tesla Motors, Inc d/b/a Tesla, Inc. d/b/a Tesla (Tesla) is a Delaware corporation, doing business in Baltimore County, Maryland.

Exhibit A

3. The Defendant, identified only as Ethan, was, and may still be, an employee at the Tesla dealership in Baltimore County, Maryland.

4. All acts and omissions relevant hereto occurred in Baltimore County, Maryland.

5. Baltimore County is the proper venue for this action.

6. On or about March 16, 2019, Plaintiff Parvez was a business invitee at the Tesla service center located at 9428 Reisterstown Road, in Owings Mills, Maryland.

7. While Plaintiff Parvez's family test drove a vehicle, the Plaintiff remained behind at the service center.

8. While the Plaintiff was in the parking lot, and walking back to the main building, she walked behind a Tesla vehicle that was stopped at the exit from the parking lot to Reisterstown Road, and was operated by a Tesla employee likely a gentleman only identified by Tesla as Ethan.

9. Suddenly and without warning, the vehicle operated by Ethan or another Tesla employee reversed, and struck the Plaintiff, causing her bodily injury.

10. The operator of the vehicle that struck the Plaintiff then left the scene without identifying himself.

### Count I
### (Negligence—Ethan)

11. The Plaintiff herein adopts and incorporates all prior paragraphs as if repeated at length herein.

12. At all times Defendant Ethan owed the following duties to the Plaintiff: to identify himself; to check his rearview mirror and backup camera; to only reverse when safe to do so; to yield the right of way; to see that which was there to be seen; to control their speed to

avoid a collision; to pay proper time and attention; to avoid striking pedestrians; and to obey the rules of the road and the laws of the State of Maryland.

13. Defendant Ethan was negligent in that he breached each of the above duties when he acted as described above and struck the Plaintiff.

14. As a direct and proximate result of Defendant Ethan's negligence, the Plaintiff has suffered and will continue to suffer from physical pain and mental anguish; she has incurred and will continue to incur large medical and related bills; the Plaintiff has suffered neurological injuries; the Plaintiff suffered a concussion; the Plaintiff suffered disc injuries; the Plaintiff suffered other related orthopedic and similar injuries; the Plaintiff's injuries are permanent.

15. The above occurred without any contributory negligence by the Plaintiff or with an opportunity for her to avoid the injury.

WHEREFORE, the Plaintiff, Rakshinda Parvez, demands judgment against Defendant Ethan, jointly and severally, in an amount in excess of seventy-five thousand dollars, plus interest and the costs of this action.

## COUNT II
### (Vicarious Liability—Tesla)

16. The Plaintiff herein adopts and incorporates by reference all prior Counts and paragraphs as if repeated at length herein.

17. At all times relevant hereto, Defendant Ethan was an employee or agent of Defendant Tesla.

18. At all times relevant hereto, Defendant Ethan was acting within the scope of his employment or agency with Tesla.

19. At all times relevant hereto, the operator of the vehicle that struck the Plaintiff, whether it was Defendant Ethan or someone else, was an employee or agent of Defendant Tesla.

20. At all times relevant hereto, the operator of the vehicle that struck the Plaintiff was acting within the course and scope of their employment or agency with Tesla.

21. The operator of the vehicle that struck the Plaintiff owed the following duties to the Plaintiff: to identify himself; to check his rearview mirror and backup camera; to only reverse when safe to do so; to yield the right of way; to see that which was there to be seen; to control their speed to avoid a collision; to pay proper time and attention; to avoid striking pedestrians; and to obey the rules of the road and the laws of the State of Maryland.

22. The operator of the motor vehicle that struck the Plaintiff was negligent in that they breached each of the above duties when they acted as described above.

23. Defendant Tesla is vicariously liable for the negligence of the operator of the motor vehicle that struck the Plaintiff.

24. As a direct and proximate result of Tesla's vicarious negligence, the Plaintiff has suffered and will continue to suffer from physical pain and mental anguish; she has incurred and will continue to incur large medical and related bills; the Plaintiff has suffered neurological injuries; the Plaintiff suffered a concussion; the Plaintiff suffered disc injuries; the Plaintiff suffered other related orthopedic and similar injuries; the Plaintiff's injuries are permanent.

25. The above occurred without any contributory negligence by the Plaintiff or with an opportunity for her to avoid the injury.

WHEREFORE, the Plaintiff, Rakshinda Parvez, demands judgment against Defendant Tesla Motors, Inc d/b/a Tesla, Inc. d/b/a Tesla, jointly and severally, in an amount in excess of seventy-five thousand dollars, plus interest and the costs of this action.

Respectfully submitted,

BERMAN, SOBIN, GROSS, LLP


  /s/ Craig I. Meyers
Craig I. Meyers, Esq.
Attorney for the Plaintiff
Client Protection Fund No.: 0506140216
481 North Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
cmeyers@bsglaw.com
301-670-7030

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| RAKSHINDA PARVEZ <br> 301 Hunter Avenue <br> Staten Island, New York 10306 | * <br> * <br> * <br> * | |
| Plaintiff, | * <br> * | Case No.: C-03-CV-22-000829 |
| v. | * <br> * | |
| TESLA MOTORS, INC. d/b/a <br> TESLA, INC. d/b/a TESLA <br> 13101 Tesla Road <br> Austin, Texas 78725 | * <br> * <br> * <br> * <br> * | |
| Serve on: <br> The Corporation Trust, Inc. <br> 2405 York Road <br> Suite 201 <br> Lutherville Timonium, Maryland 21093 | * <br> * <br> * <br> * <br> * <br> * | |
| and | * <br> * | |
| ETHAN <br> 9428 Reisterstown Road <br> Owings Mills, Maryland 21117 | * <br> * <br> * <br> * | |
| Defendants. | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JURY DEMAND

NOW COMES the Plaintiff Rakshinda Parvez, by and through her attorneys, Craig I. Meyers and Berman, Sobin, Gross, LLP and demands a trial by jury on all issues and Counts.

Respectfully submitted,

BERMAN, SOBIN, GROSS, LLP


  /s/ Craig I. Meyers
Craig I. Meyers, Esq.
Attorney for the Plaintiff
Client Protection Fund No.: 0506140216
481 North Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
cmeyers@bsglaw.com
301-670-7030

C-03-CV-22-000829

IN THE CIRCUIT COURT FOR Baltimore County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant*: You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☐PLAINTIFF  ☐DEFENDANT  CASE NUMBER _____ (Clerk to insert)

CASE NAME: Rakshinda Parvez vs. Tesla Motors, Inc. et al
   Plaintiff                      Defendant

PARTY'S NAME: Rakshinda Parvez  PHONE:
PARTY'S ADDRESS: 301 Hunter Avenue, Staten Island, New York 10306
PARTY'S E-MAIL:

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Craig I. Meyers   PHONE: 301-670-7030
PARTY'S ATTORNEY'S ADDRESS: 481 N. Frederick Avenue, Suite 300, Gaithersburg, MD 20877
PARTY'S ATTORNEY'S E-MAIL: cmeyers@bsglaw.com
JURY DEMAND? ☒Yes ☐No
RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known:
ANTICIPATED LENGTH OF TRIAL?: ____ hours  2  days

### PLEADING TYPE

New Case: ☐Original  ☐Administrative Appeal  ☐Appeal
Existing Case: ☐Post-Judgment  ☐Amendment
*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)  Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000    ☐ $10,000 - $30,000    ☒ $30,000 - $100,000    ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| A. Mediation | ☒Yes | ☐No | C. Settlement Conference | ☒Yes | ☐No |
| B. Arbitration | ☐Yes | ☒No | D. Neutral Evaluation | ☐Yes | ☒No |

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*    *(Case will be tracked accordingly)*

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☒ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response    ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response  ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

| | |
|---|---|
| March 3, 2022 | /s/ Craig I. Meyers |
| Date | Signature of Counsel / Party |
| 481 N. Frederick Ave., Suite 300 | Craig I. Meyers |
| Address | Printed Name |
| Gaithersburg   MD   20877 | |
| City   State   Zip Code | |

CC-DCM-002 (Rev. 04/2017)       Page 3 of 3