**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **RAKSHINDA PARVEZ** | * | |
| **301 Hunter Avenue** | * | |
| **Staten Island, New York 10306** | * | |
| | * | |
| **Plaintiff,** | * | **Case No.: 1:22-cv-02520-JMC** |
| | * | |
| **v.** | * | |
| | * | |
| **TESLA MOTORS, INC. d/b/a** | * | |
| **TESLA, INC.  d/b/a TESLA** | * | |
| **13101 Tesla Road** | * | |
| **Austin, Texas 78725** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff Rakshinda Parvez, by and through her attorneys, Craig I.

Meyers and Berman, Sobin, Gross, LLP and sues the Defendant, Tesla Motors, Inc. d/b/a Tesla,

Inc. d/b/a Tesla, and for a cause of action states:

1.    Plaintiff Rakshinda Parvez is an adult resident of New York State.

2.    Defendant Tesla Motors, Inc d/b/a Tesla, Inc. d/b/a Tesla (Tesla) is a Delaware

corporation, doing business in Baltimore County, Maryland.

3.    All acts and omissions relevant hereto occurred in Baltimore County, Maryland.

4.    Baltimore County is the proper venue for this action.

5.    The amount in controversy for this action exceeds seventy-five thousand dollars.

6.    There is diversity of citizenship between the Plaintiff and Defendant.

7.    This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. §

1332 (a) (1).

8.      Venue for this action is properly founded in this district under 28 U.S.C. § 1391 (b) (2), in that the incident which forms the subject of this action occurred in Baltimore County, Maryland, which is within the Northern Division of the Court's jurisdiction.

9.      On or about March 16, 2019, Plaintiff Parvez was a business invitee at the Tesla service center located at 9428 Reisterstown Road, in Owings Mills, Maryland.

10.     While Plaintiff Parvez's family test drove a vehicle, the Plaintiff remained behind at the service center.

11.     While the Plaintiff was in the parking lot, and walking back to the main building, she walked behind a Tesla vehicle that was stopped at the exit from the parking lot to Reisterstown Road, and which was operated by a Tesla employee, acting within the scope of his employment and agency.

12.     Suddenly and without warning, the vehicle operated by the Tesla employee reversed, and struck the Plaintiff, causing her bodily injury.

13.     At all times relevant hereto, the operator of the Tesla vehicle, acting within the scope of his employment owed the following duties to the Plaintiff:  to identify himself; to check his rearview mirror and backup camera; to only reverse when safe to do so; to yield the right of way; to see that which was there to be seen; to control their speed to avoid a collision; to pay proper time and attention; to avoid striking pedestrians; and to obey the rules of the road and the laws of the State of Maryland.

14.     The Tesla employee that caused the collision was negligent in that he breached each of the above duties when he acted as described above and struck the Plaintiff.

15.     As a direct and proximate result of Defendant the Tesla employee or agent's negligence, the Plaintiff has suffered and will continue to suffer from physical pain and mental

anguish; she has incurred and will continue to incur large medical and related bills; the Plaintiff

has suffered neurological injuries; the Plaintiff suffered a concussion; the Plaintiff suffered disc

injuries; the Plaintiff suffered other related orthopedic and similar injuries; the Plaintiff's injuries

are permanent.

      16.     At all times relevant hereto, the operator of the vehicle that struck the Plaintiff

was acting within the course and scope of their employment or agency with Tesla.

      17.     Defendant Tesla is vicariously liable for the negligence of the operator of the

motor vehicle that struck the Plaintiff.

      18.     The above occurred without any contributory negligence by the Plaintiff or with

an opportunity for her to avoid the injury.

      WHEREFORE, the Plaintiff, Rakshinda Parvez, demands judgment against Defendant

Tesla Motors, Inc. d/b/a Tesla, Inc. b/d/a Tesla , in the amount of two million dollars, plus

interest and the costs of this action.

**<u>Jury Demand:</u>**

      The Plaintiff herein restates and adopts her prior demand for a jury trial, as originally

filed in State Court.

Respectfully submitted,

BERMAN, SOBIN, GROSS LLP

_____/s/ Craig I. Meyers_____
Craig I. Meyers, Esq.
Federal Bar No.: 28647
481 N. Frederick Ave., Suite 300
Gaithersburg, Maryland 20878
301-670-7030
cmeyers@bsglaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 3rd day of November, 2022, a copy of the foregoing First

Amended Complaint was served via electronic filing, CM/ECF, to the following:


Emily F. Belanger, Esq.
250 West Pratt Street, Suite 2200
Baltimore, MD 21201
Emily.Belanger@wilsonelser.com

and

Maryan Alexander, Esq.
250 West Pratt Street, Suite 2200
Baltimore, MD 21201
Maryan.Alexander@wilsonelser.com


Signed,


*/s/ Craig I. Meyers*

_____

Craig I. Meyers